## Blanton v. Timberlake & Nance.

APPEAL from Madison Chancery Court.

Heard before the Hon. THOMAS COBBS.

LAWRENCE COOPER, for appellant.

TANCRED BETTS, *contra.*

Bill filed by the appellees against the appellant, for the purpose of establishing a mechanic's lien. From a decree holding that the complainants were entitled to the relief prayed for, the respondents appeal. Decree reversed and cause remanded.

Opinion by BRICKELL, C. J.

---

## McComb v. Johnson.

APPEAL from Montgomery City Court.

Tried before the Hon. THOS. M. ARRINGTON.

RAY RUSHTON, for appellant.

P. C. MASSIE, *contra.*

Action of assumpsit by the appellees, T. & J. W. Johnson, against the appellant, W. M. McComb. Judgment for plaintiffs, defendant appeals. Judgment affirmed.

Opinion by MCCLELLAN, J.